| | | |
|---|---|---|
| **ATTORNEY GRIEVANCE COMMISSION OF MARYLAND** | * | IN THE |
| | * | COURT OF APPEALS |
| | * | OF MARYLAND |
| **v.** | * | Misc. Docket AG No. 2 September Term, 2021 |
| | * | |
| **JONATHAN L. FARMER** | | (No. CAE21-02991 |
| | * | Circuit Court for Prince George's County) |

## O R D E R

Upon consideration of the Joint Petition for Indefinite Suspension by Consent of the Attorney Grievance Commission of Maryland and the Respondent, Jonathan L. Farmer, to indefinitely suspend the Respondent from the practice of law, it is this 4th day of June, 2021

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Jonathan L. Farmer, be indefinitely suspended from the practice of law in the State of Maryland, effective immediately, for engaging in professional misconduct that violated Rules 1.1, 1.3, 1.4, 1.5(a), 1.16(a) and (d), 3.3(a), 5.5(a), 8.1(a) and 8.4(a), (c) and (d) of the Maryland Rules of Professional Conduct; and it is further

**ORDERED**, that the Clerk of this Court shall strike the name of Jonathan L. Farmer from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and the Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

/s/ Mary Ellen Barbera
Chief Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk